**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ALANTE JONES,

       Plaintiff,

v.

       Case No. 10-11854

WILLIAM E. ARMSTRONG, et al.,

       Defendants
                                  /

**ORDER REJECTING IN PART AND ACCEPTING IN PART**
**PROPOSED STIPULATED ORDER**

Pending before the court is the parties' Proposed Stipulated Order seeking to compel Plaintiff to provide answers to Interrogatories and Production of Documents, and a 60-day extension of all dates scheduled by the court in its Scheduling Order dated June 1, 2010.

No explanation is given for the requested extraordinary extensions, although the parties note that "no depositions have been taken to date" and that the Defendants' unanswered requests to Plaintiff was dated June 28, 2010, three weeks after the Scheduling Order was entered. Responses, now overdue for more than two months, were to have been delivered 28 calender days later on July 26. *See* Scheduling Order, p.2, Sec.3, "Discovery Deadline." [Dkt. #6] Because discovery is scheduled to be completed on or before November 3, 2010, however, the parties have approximately 36 additional days in which to complete their pending work.

IT IS ORDERED that the parties' unexplained proposed extension is **REJECTED IN PART** insofar as it seeks a two-month extension of all dates.

IT IS FURTHER ORDERED that the proposed order is **ACCEPTED IN PART** insofar as Plaintiff, consistent with his signed stipulation, is **ORDERED** to provide forthwith

a complete and signed Answer to each and every Interrogatory and Request for Production. In view of the obvious untimeliness of his responses, and the shortness of time left for completion of discovery in comparison to the time that would be required for the court to resolve any possible objections to Interrogatories and Requests, any such objection is deemed **WAIVED**. Fed. R. Civ. P. 33(b)(4).

          s/Robert H. Cleland
          ROBERT H. CLELAND
          UNITED STATES DISTRICT JUDGE

Dated: September 29, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 29, 2010, by electronic and/or ordinary mail.

          S/Lisa Wagner
          Case Manager and Deputy Clerk
          (313) 234-5522

S:\Cleland\JUDGE'S DESK\Lisa's Folder\10-11854.JONES.Proposed Extension Denied.wpd